447 F.2d 1372
 Robert B. ROBERTSON, Plaintiff-Appellant,
v.
Harold V. GILES and Gordons Transports, Inc., a Corp.,
Defendants-Appellees.
 No. 71-1107.
 United States Court of Appeals, Fifth Circuit.
 Sept. 15, 1971.
 
 Ralph E. Coleman, Coleman & Hancock, Birmingham, Ala., for plaintiff-appellant.
 Marshall H. Fitzpatrick, Robert D. Norman, Birmingham, Ala., for defendants-appellees. Norman & Fitzpatrick, Birmingham, Ala., of counsel.
 Appeal from the United States District Court for the Northern District of Alabama; Frank H. McFadden, District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966